UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Poor People's Economic Human Rights Campaign,

      Plaintiff,

v.                                                        Civil No. 08-2427 (JNE/JJG)
                                                      ORDER

The City of St. Paul, Minnesota, Mayor Chris
Coleman, St. Paul Police Chief John M.
Harrington, Sgt. John Lozoya, and Assistant
St. Paul Police Chief Matthew D. Bostrom,

      Defendants.

      This case is before the Court on Plaintiff's Motion for Relief from Local Rule 7.1(b) [Docket No. 6]. The Court grants the motion and sets the following briefing schedule. Defendants shall respond to Plaintiff's Motion for Preliminary Injunction by June 27, 2008. Plaintiff shall reply by July 1, 2008. The Court will hear Plaintiff's Motion for Preliminary Injunction on Monday, July 7, 2008, at 10:00 a.m. in Courtroom 12W of the United States Courthouse, Minneapolis, Minnesota. Counsel are directed to check the kiosk on the 1st Floor of the United States Courthouse for any change in location.

      IT IS SO ORDERED.

Dated: June 18, 2008

                                                           s/ Joan N. Ericksen
                                                           JOAN N. ERICKSEN
                                                           United States District Judge